

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00223-CR

Carlos **FAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10674
Honorable Kevin M. O'Connell, Judge Presiding[1]

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 6, 2016.

_____
Karen Angelini, Justice

---

[1]The motion to suppress was referred to Magistrate Judge Andrew Carruthers by the district court. Judge Carruthers's ruling then became the decree of the district court. The Honorable Kevin M. O'Connell signed the judgment of conviction.